UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

LEE KANDU,

    Appellant,

  v.

U. S. TRUSTEE,

    Appellee.

Case No. C04-5544FDB

ORDER TO SHOW CAUSE

    An appeal from the Bankruptcy Court decision was filed in August 2004.  Time was extended for Appellant's opening brief to be filed.  Appellant Kandu then moved for another extension of time to file her opening brief and she also moved to stay pending the outcome of two cases pending before the Washington Supreme Court (*Andersen v. King County* and *Castle v. State*).  The Trustee did not oppose the motion, provided Kandu notified the Court and submitted a proposed briefing schedule promptly after the Washington Supreme Court entered its ruling in the pending cases.  The Washington Supreme Court issued its ruling in the two pending cases on July 26, 2006, but Appellant Kandu has taken no action to advise this Court as ordered.

    NOW, THEREFORE, IT IS ORDERED: Appellant Kandu shall show cause by no later than Friday, October 20, 2006 why this appeal should not be dismissed for pursuant to Fed. R. Civ. P. 41 for failure to prosecute.

    DATED this 2nd day of October, 2006.

*[signature]*

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 1