UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

LEE KANDU,

    Appellant,

  v.

U.S. TRUSTEE,

    Appellee.

Case No. C04-5544FDB

ORDER OF DISMISSAL

Following appeal of the Bankruptcy Court's decision in August 2004, Appellant's motion to stay was granted. Appellant was ordered to show cause by October 20, 2006 why this appeal should not be dismissed as Appellant has taken no action since the Washington Supreme Court decided (in July 2006) the two cases that prompted Appellant's motion for stay. Appellant has filed no response to the Court's order, and this appeal must be dismissed pursuant to Fed. R. Civ. P. 41 for failure to prosecute. NOW, THEREFORE,

IT IS ORDERED: This cause of action is DISMISSED.

DATED this 26th day of October, 2006.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 1